Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−27050−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yvonne Esther Tolliver
   117 Center Street
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−3428

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 1, 2017.

On 5/18/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:         June 28, 2017
Time:        10:00 AM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 19, 2017
JAN: gan

                                                    Jeanne Naughton
                                                    Clerk

```
                                 United States Bankruptcy Court
                                      District of New Jersey
In re:                                                                          Case No. 16-27050-KCF
Yvonne Esther Tolliver                                                          Chapter 13
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0312-3            User: admin                 Page 1 of 2              Date Rcvd: May 19, 2017
                                Form ID: 185                Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
db             +Yvonne Esther Tolliver,    117 Center Street,    Freehold, NJ 07728-2430
aty            +Aldridge Pite, LLP,    4375 Jutland Drive,   Suite 200,    P.O. Box 17933,
                 San Diego, CA 92177-7921
lm             +Fay Servicing,    901 South 2nd Street,   Suite 201,    Springfield, IL 62704-7909
lm             +Selene Financing,    9990 Richmond Ave.,   Suite 400,    South Houston, TX 77042-4546
cr             +U.S. Bank National Association, as Trustee for Sta,    Stern & Eisenberg,   1581 Main Street,
                 Suite 200,    Warrington, PA 18976-3400
516376701      +A 1 Collection Servi,    2297 State Highway 33 St,    Hamilton Square, NJ 08690-1717
516376702     #+ACB Receivable Mgmt.,    19 Main St.,   Asbury Park, NJ 07712-7012
516376703      +Arriva Card,    3525 E. Post Road Ste 120,   Las Vegas, NV 89120-6282
516591848      +Bank of America N.A.,    P O Box 982284,   El Paso, TX 79998-2284
516785476      +Borough of Freehold,    c/o Kerry E. Higgins, Esquire,    229 Broad Street,
                 Red Bank, NJ 07701-2009
516778812      +Borough of Freehold,    51 West Main Street,    Freehold, NJ 07728-2114
516376706     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                 Richmond, VA 23238)
516376707       Capital One N.A,    C/O American Infosource,    Oklahoma City, OK 73154
516376710       CentraState Healthcare System,    PO Box 838,   Mahwah, NJ 07430-0838
516376708      +Central Jersey Emerg. Med. Assoc,    P.O. Box 7200,   Freehold, NJ 07728-7200
516376709       Centrastate Family Mediciae Residency,    PO Box 417984,    Boston, MA 02241-7984
516376711      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
516376712      +Fay Servicing Llc,    939 W North Ave,   Chicago, IL 60642-7138
516376713      +Foreclosure Processing Services,    Superior Court Clerk,    PO Box 971,   Trenton, NJ 08625-0971
516376714      +Freehold Borough,    51 West Main Street,   Freehold, NJ 07728-2114
516376716      #Keystone Financial Services,    PO Box 730,   Allenwood, NJ 08720-0730
516592904      +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
516376721      +New Century Mortgage,    PO Box 15298,   Wilmington, DE 19850-5298
516376725       Pressler & Pressler,    7 Entin Rd.,   Parsippany, NJ 07054-5020
516376727     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    P.O. Box 187,   Trenton, NJ 08695-0187)
516376726      +Selene Finance Lp,    9990 Richmond Ave Ste 40,   Houston, TX 77042-8500
516376728     ++TRIAD FINANCIAL CORP,    5201 RUFE SNOW DRIVE,    SUITE 400,   NORTH RICHLAND HILLS TX 76180-6036
               (address filed with court: Triad Financial,    5201 Rufe Snow Dr Ste 40,
                 North Richland Hills, TX 76180)
516376729      +Triad Financial Group,    Po Box 562088 Suite 900,   Dallas, TX 75356-2088
516376730       Wells Fargo bank,    Po Box 5445,   Portland, OR 97228
516598114      +Wilmington Trust, National Association,    Fay Servicing, LLC,
                 440 S. LaSalle Street, Suite 2000,    Chicago, IL 60605-5011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 19 2017 23:14:41      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 19 2017 23:14:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516440112      +E-mail/Text: bnc@atlasacq.com May 19 2017 23:14:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
516376704      +E-mail/Text: bankruptcy@cavps.com May 19 2017 23:15:03      Calvary,   P.O. Box 1030,
                 Hawthorne, NY 10532-7509
516376705      +E-mail/Text: bankruptcy@cavps.com May 19 2017 23:15:03      Calvary Portfolio Service,
                 Attention: Bankruptcy Department,    Po Box 1017,   Hawthorne, NY 10532-7504
516430386      +E-mail/Text: bankruptcy@cavps.com May 19 2017 23:15:03      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516376715       E-mail/Text: cio.bncmail@irs.gov May 19 2017 23:14:12      Internal Revenue Service,
                 Special Procedures,    Bankruptcy Section,   P.O. Box 724,    Springfield, NJ 07081
516376717      +E-mail/Text: bankruptcydpt@mcmcg.com May 19 2017 23:14:36      Midland Credit Management,
                 Po Box 939019,    San Diego, CA 92193-9019
516376718      +E-mail/Text: bankruptcydpt@mcmcg.com May 19 2017 23:14:36      Midland Funding LLC,
                 P.O. Box 603,    Oaks, PA 19456-0603
516376719      +E-mail/PDF: bankruptcy@ncfsi.com May 19 2017 23:05:15      New Century Financial,
                 110 S Jefferson Rd,    Whippany, NJ 07981-1038
516376720      +E-mail/PDF: bankruptcy@ncfsi.com May 19 2017 23:05:05      New Century Financial Services,
                 110 S. Jefferson Road,    Suite 104,   Whippany, NJ 07981-1038
516376724       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 19 2017 23:12:06
                 Portfolio Recovery Associates,    P. O. Box 12914,   Norfolk, VA 23541
516376722       E-mail/Text: bankruptcypgl@plaingreenloans.com May 19 2017 23:15:15      Plain Green,
                 93 Mack Road Suite 600,    Box Elder, MT 59521
516376723      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 19 2017 23:23:26
                 Porfolio Recovery,    PO Box 12914,   Norfolk, VA 23541-0914
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 19, 2017
                              Form ID: 185             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516701501       +E-mail/Text: bknotices@snsc.com May 19 2017 23:15:45      U.S. Bank National AssociatioN,
                  C/O SN Servicing Corp.,    323 5th Street,    Eureka, CA 95501-0305
516701502       +E-mail/Text: bknotices@snsc.com May 19 2017 23:15:46      U.S. Bank National AssociatioN,
                  C/O SN Servicing Corp.,    323 5th Street,    Eureka, CA 95501,   U.S. Bank National AssociatioN,
                  C/O SN Servicing Corp. 95501-0305
516557991       +E-mail/Text: bankruptcy.notices@selenefinance.com May 19 2017 23:14:05
                  U.S. Bank National Association, et al.,    c/o Selene Finance LP,
                  9990 Richmond Avenue, Suite 400 South,    Houston, TX 77042-4546
                                                                                                TOTAL: 17

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2017 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity but as Trustee of ARLP Securitization Trust Series 2015-1
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Steven  Eisenberg    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Stanwich Mortgage Loan Trust, Series 2012-3 bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    U.S. Bank National Association, as Trustee for Stanwich
               Mortgage Loan Trust, Series 2012-3 skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              William H. Oliver, Jr.    on behalf of Debtor Yvonne Esther Tolliver bkwoliver@aol.com
              William M.E. Powers, III    on behalf of Creditor    Wilmington Trust, National Association, not in
               its individual capacity but as Trustee of ARLP Securitization Trust Series 2015-1
               ecf@powerskirn.com
                                                                                                TOTAL: 7
```