UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Fax: 732-775-7404
Attorney for Debtor(s)

**Order Filed on May 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Yvonne Tolliver

                Debtors

Case No.: 16-27050

Adv. No.:

Hearing Date:

Judge: Kathryn C. Ferguson

**CONSENT ORDER TO ALLOW LATE FILED PROOF OF CLAIM TO BE PAID BY THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: May 23, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Tolliver, Yvonne
Debtor's Case No: 16-27050(KCF)
Consent Order to Allow Late Filed Proof of Claim to be Paid by the Trustee

   **ORDERED** that the late claim filed by Borough of Freehold on April 18, 2017 and amended on April 20, 2017 is pre-petition debt, the Trustee is hereby authorized to pay the late filed claim in the amount of $9,677.00 as the claim was included in the Chapter 13 Plan.

We hereby consent to the form and entry of the within order:


/s/ Kerry Higgins
Kerry Higgins, Esquire
Borough of Freehold

/s/ William H. Oliver, Jr.
William H. Oliver, Jr., Esquire
Attorney for Debtor