UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Fax: 732-775-7404
Attorney for Debtor(s)

In Re:

Yvonne Tolliver

                Debtors

Order Filed on May 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-27050

Adv. No.:

Hearing Date:

Judge: Kathryn C. Ferguson

**CONSENT ORDER TO ALLOW LATE FILED PROOF OF CLAIM TO BE PAID BY THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: May 23, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Tolliver, Yvonne
Debtor's Case No: 16-27050(KCF)
Consent Order to Allow Late Filed Proof of Claim to be Paid by the Trustee

      **ORDERED** that the late claim filed by Borough of Freehold on April 18, 2017 and amended on April 20, 2017 is pre-petition debt, the Trustee is hereby authorized to pay the late filed claim in the amount of $9,677.00 as the claim was included in the Chapter 13 Plan.

We hereby consent to the form and entry of the within order:


/s/ Kerry Higgins
Kerry Higgins, Esquire
Borough of Freehold

/s/ William H. Oliver, Jr.
William H. Oliver, Jr., Esquire
Attorney for Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-27050-KCF
Yvonne Esther Tolliver                                                Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1            Date Rcvd: May 23, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2017.
db              +Yvonne Esther Tolliver,   117 Center Street,    Freehold, NJ 07728-2430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity but as Trustee of ARLP Securitization Trust Series 2015-1
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Steven   Eisenberg    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Stanwich Mortgage Loan Trust, Series 2012-3 bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    U.S. Bank National Association, as Trustee for Stanwich
               Mortgage Loan Trust, Series 2012-3 skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              William H. Oliver, Jr.    on behalf of Debtor Yvonne Esther Tolliver bkwoliver@aol.com
              William M.E. Powers, III    on behalf of Creditor    Wilmington Trust, National Association, not in
               its individual capacity but as Trustee of ARLP Securitization Trust Series 2015-1
               ecf@powerskirn.com
                                                                                               TOTAL: 7