| UNITED STATES BANKRUPTCY COURT |
| District of New Jersey |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo
Cn 4853
Trenton, NJ  08650
(609) 587-6888

**Order Filed on July 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Yvonne Esther Tolliver

Debtor(s)

Case No.: 16-27050 / KCF

Hearing Date:  06/28/2017

Judge: Kathryn C. Ferguson

Chapter: 13

## ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: July 5, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The modified plan of the debtor having been proposed to creditors, and a hearing having been held on the confirmation of such modified plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the modified plan of the above named debtor, dated 05/18/2017, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor.

**ORDERED** that the plan of the debtor is confirmed to pay the Standing Trustee for a period of  52 months.

**ORDERED** that the debtor shall pay the Standing Trustee, Albert Russo, based upon the following schedule, which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586:

> $2,472.00 PAID TO DATE
>
> $309.00 for 43 months beginning 07/01/2017

**ORDERED** that the case is confirmed with a calculated plan funding of $15,759.00. General unsecured creditors are scheduled to receive a pro-rata dividend of funds available.

**ORDERED**  that the Standing Trustee shall be authorized to submit, ex-parte, an Amended Confirming Order, if required, subsequent to the passage of the claims bar date(s) provided under Fed. R. Bank. P. 3002.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee pursuant to the filed 2016(b) Statement.  Any unpaid balance of the allowed fee shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

**ORDERED** that if the debtor should fail to make plan payments or fail to comply with other plan provisions for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen (14) days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that to the extent Section 7 of the debtor's plan contains motions to avoid judicial liens under 11 U.S.C. § 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified below:

NO EXCEPTIONS

**ORDERED** that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged.

**ORDERED** that the Standing Trustee is <u>not authorized</u> to pay post-petition claims filed pursuant to 11 U.S.C. § 1305(a).

**ORDERED** that the debtor(s) must keep the Standing Trustee updated with the status of the debtor(s) pending lawsuit, and any non-exempt proceeds from said lawsuit shall be paid to the Trustee for the benefit of creditors.

    **LAWSUIT DETAILS:**

**ORDERED** that the debtor(s) must obtain a loan modification by August 22, 2017 or as extended by Loss Mitigation Order.

- Creditor US Bank c/o Selene Finance and Wilmington Trust c/o Fay Servicing, PACER claim #2-1 and 5-1, will be paid through the Chapter 13 Plan until an Amended Proof of Claim is filed.

United States Bankruptcy Court
District of New Jersey

In re:  
Yvonne Esther Tolliver  
    Debtor

Case No. 16-27050-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 05, 2017  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2017.  
db        +Yvonne Esther Tolliver,   117 Center Street,    Freehold, NJ 07728-2430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2017 at the address(es) listed below:  
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
      Albert   Russo    docs@russotrustee.com  
      Denise E. Carlon    on behalf of Creditor   Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust Series 2015-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Steven   Eisenberg    on behalf of Creditor   U.S. Bank National Association, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-3 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com  
      Steven P. Kelly    on behalf of Creditor   U.S. Bank National Association, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-3 skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
      William H. Oliver, Jr.    on behalf of Debtor Yvonne Esther Tolliver bkwoliver@aol.com, r59915@notify.bestcase.com  
      William M.E. Powers, III    on behalf of Creditor   Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust Series 2015-1 ecf@powerskirn.com  
                                                                                                                          TOTAL: 7