Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−27050−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Yvonne Esther Tolliver
  117 Center Street
  Freehold, NJ 07728

Social Security No.:
  xxx−xx−3428

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

  NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:     12/20/17
Time:     02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

  The following applications for compensation have been filed:

APPLICANT(S)
William H. Oliver, Jr., Esq., Debtor's Attorney

COMMISSION OR FEES
$1,200.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

  In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 15, 2017
JAN:

                                        Jeanne Naughton
                                        Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 16-27050-KCF
Yvonne Esther Tolliver                                          Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Nov 15, 2017
                              Form ID: 137             Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
db             +Yvonne Esther Tolliver,    117 Center Street,    Freehold, NJ 07728-2430
aty            +Aldridge Pite, LLP,    4375 Jutland Drive,    Suite 200,    P.O. Box 17933,
                 San Diego, CA 92177-7921
lm             +Fay Servicing,    901 South 2nd Street,    Suite 201,    Springfield, IL 62704-7909
cr             +SN Servicing Corporation,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
                 New York, NY 10004-1734
lm             +Selene Financing,    9990 Richmond Ave.,    Suite 400,    South Houston, TX 77042-4546
cr             +U.S. Bank National Association, as Trustee for Sta,    Stern & Eisenberg,    1581 Main Street,
                 Suite 200,    Warrington, PA 18976-3400
516376701      +A 1 Collection Servi,    2297 State Highway 33 St,    Hamilton Square, NJ 08690-1717
516376703      +Arriva Card,    3525 E. Post Road Ste 120,    Las Vegas, NV 89120-6282
516591848      +Bank of America N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516778812      +Borough of Freehold,    51 West Main Street,    Freehold, NJ 07728-2114
516785476      +Borough of Freehold,    c/o Kerry E. Higgins, Esquire,    229 Broad Street,
                 Red Bank, NJ 07701-2009
516376706     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
516376707      Capital One N.A,    C/O American Infosource,    Oklahoma City, OK 73154
516376710      CentraState Healthcare System,    PO Box 838,    Mahwah, NJ 07430-0838
516376708     +Central Jersey Emerg. Med. Assoc,    P.O. Box 7200,    Freehold, NJ 07728-7200
516376709      Centrastate Family Mediciae Residency,    PO Box 417984,    Boston, MA 02241-7984
516376711     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
516376712     +Fay Servicing, LLC,    3000 Kellway Dr,    Ste 150,    Carrollton, TX 75006-3357
517036262     +Fay Servicing, LLC,    Bankruptcy Department,    3000 Kellway Dr., Ste 150,
                 Carrollton, TX 75006-3357
517036263     +Fay Servicing, LLC,    Bankruptcy Department,    3000 Kellway Dr., Ste 150,
                 Carrollton, TX 75006,    Fay Servicing, LLC,    Bankruptcy Department 75006-3357
516376713     +Foreclosure Processing Services,    Superior Court Clerk,    PO Box 971,    Trenton, NJ 08625-0971
516376714     +Freehold Borough,    51 West Main Street,    Freehold, NJ 07728-2114
516592904     +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
516376721     +New Century Mortgage,    PO Box 15298,    Wilmington, DE 19850-5298
516376725      Pressler & Pressler,    7 Entin Rd.,    Parsippany, NJ 07054-5020
516376727    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    P.O. Box 187,    Trenton, NJ 08695-0187)
516376726     +Selene Finance Lp,    9990 Richmond Ave Ste 40,    Houston, TX 77042-8500
516376728    ++TRIAD FINANCIAL CORP,    5201 RUFE SNOW DRIVE,    SUITE 400,    NORTH RICHLAND HILLS TX 76180-6036
                (address filed with court: Triad Financial,    5201 Rufe Snow Dr Ste 40,
                 North Richland Hills, TX 76180)
516376729     +Triad Financial Group,    Po Box 562088 Suite 900,    Dallas, TX 75356-2088
516376730      Wells Fargo bank,    Po Box 5445,    Portland, OR 97228
516598114     +Wilmington Trust, National Association,    Fay Servicing, LLC,
                 440 S. LaSalle Street, Suite 2000,    Chicago, IL 60605-5011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2017 23:09:39    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2017 23:09:37    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516440112     +E-mail/Text: bnc@atlasacq.com Nov 15 2017 23:08:53    Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
516376704     +E-mail/Text: bankruptcy@cavps.com Nov 15 2017 23:09:50    Calvary,    P.O. Box 1030,
                 Hawthorne, NY 10532-7509
516376705     +E-mail/Text: bankruptcy@cavps.com Nov 15 2017 23:09:51    Calvary Portfolio Service,
                 Attention: Bankruptcy Department,    Po Box 1017,    Hawthorne, NY 10532-7504
516430386     +E-mail/Text: bankruptcy@cavps.com Nov 15 2017 23:09:51    Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516376715      E-mail/Text: cio.bncmail@irs.gov Nov 15 2017 23:09:09    Internal Revenue Service,
                 Special Procedures,    Bankruptcy Section,    P.O. Box 724,    Springfield, NJ 07081
516376717     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2017 23:09:36    Midland Credit Management,
                 Po Box 939019,    San Diego, CA 92193-9019
516376718     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2017 23:09:36    Midland Funding LLC,
                 P.O. Box 603,    Oaks, PA 19456-0603
516376719     +E-mail/PDF: bankruptcy@ncfsi.com Nov 15 2017 23:06:55    New Century Financial,
                 110 S Jefferson Rd,    Whippany, NJ 07981-1038
516376720     +E-mail/PDF: bankruptcy@ncfsi.com Nov 15 2017 23:06:55    New Century Financial Services,
                 110 S. Jefferson Road,    Suite 104,    Whippany, NJ 07981-1038
516376724      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2017 23:13:19
                 Portfolio Recovery Associates,    P. O. Box 12914,    Norfolk, VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Nov 15, 2017
                              Form ID: 137             Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516376722      E-mail/Text: bankruptcypgl@plaingreenloans.com Nov 15 2017 23:09:58      Plain Green,
               93 Mack Road Suite 600,    Box Elder, MT 59521
516376723     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2017 23:13:09
               Porfolio Recovery,    PO Box 12914,    Norfolk, VA 23541-0914
516701501     +E-mail/Text: bknotices@snsc.com Nov 15 2017 23:10:23      U.S. Bank National AssociatioN,
               C/O SN Servicing Corp.,    323 5th Street,    Eureka, CA 95501-0305
516701502     +E-mail/Text: bknotices@snsc.com Nov 15 2017 23:10:23      U.S. Bank National AssociatioN,
               C/O SN Servicing Corp.,    323 5th Street,    Eureka, CA 95501,    U.S. Bank National AssociatioN,
               C/O SN Servicing Corp. 95501-0305
516557991     +E-mail/Text: bkteam@selenefinance.com Nov 15 2017 23:09:00
               U.S. Bank National Association, et al.,    c/o Selene Finance LP,
               9990 Richmond Avenue, Suite 400 South,    Houston, TX 77042-4546
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516376702     ##+ACB Receivable Mgmt.,    19 Main St.,    Asbury Park, NJ 07712-7012
516376716      ##Keystone Financial Services,    PO Box 730,    Allenwood, NJ 08720-0730
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
```
              Adam Jason Friedman    on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity but as Trustee of ARLP Securitization Trust Series 2015-1
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Steven    Eisenberg    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Stanwich Mortgage Loan Trust, Series 2012-3 bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    U.S. Bank National Association, as Trustee for Stanwich
               Mortgage Loan Trust, Series 2012-3 skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              William H. Oliver, Jr.    on behalf of Debtor Yvonne Esther Tolliver bkwoliver@aol.com,
               r59915@notify.bestcase.com
              William M.E. Powers, III    on behalf of Creditor    Wilmington Trust, National Association, not in
               its individual capacity but as Trustee of ARLP Securitization Trust Series 2015-1
               ecf@powerskirn.com
                                                                                               TOTAL: 8
```