| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Adam J. Friedman, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>Attorney for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the IGSC Series II Trust<br>P: (212) 471-5100<br>Bankruptcy@FriedmanVartolo.com | Order Filed on December 1, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>Yvonne Esther Tolliver<br><br>Debtor(s) | CASE NO.: 16-27050<br><br>CHAPTER: 13<br><br>HON. JUDGE.:<br>KATHRYN C. FERGUSON<br><br>HEARING DATE: 11/29/2017 |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: December 1, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the IGSC Series II Trust, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 117 Center Street, Freehold, New Jersey 07728

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the IGSC Series II Trust, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises located at 117 Center Street, Freehold, New Jersey 07728; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Yvonne Esther Tolliver  
      Debtor

Case No. 16-27050-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Dec 01, 2017  
                                 Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2017.  
db           +Yvonne Esther Tolliver,    117 Center Street,    Freehold, NJ 07728-2430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:  
         Adam Jason Friedman    on behalf of Creditor    SN Servicing Corporation  
          bankruptcy@friedmanvartolo.com  
         Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Albert    Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, not in its  
          individual capacity but as Trustee of ARLP Securitization Trust Series 2015-1  
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Steven    Eisenberg    on behalf of Creditor    U.S. Bank National Association, as Trustee for  
          Stanwich Mortgage Loan Trust, Series 2012-3 bkecf@sterneisenberg.com,  
          jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com  
         Steven P. Kelly    on behalf of Creditor    U.S. Bank National Association, as Trustee for Stanwich  
          Mortgage Loan Trust, Series 2012-3 skelly@sterneisenberg.com,    bkecf@sterneisenberg.com  
         William H. Oliver, Jr.    on behalf of Debtor Yvonne Esther Tolliver bkwoliver@aol.com,  
          r59915@notify.bestcase.com  
         William M.E. Powers, III    on behalf of Creditor    Wilmington Trust, National Association, not in  
          its individual capacity but as Trustee of ARLP Securitization Trust Series 2015-1  
          ecf@powerskirn.com  
                                                                                 TOTAL: 8