UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

Order Filed on December 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

YVONNE ESTHER TOLLIVER,

                Debtor

Case No.:       16-27050

Chapter:        13

Hearing Date:   12/20/17 @ 2:30 pm

Judge:          Kathryn C. Ferguson

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: December 21, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ ___1,200___ for services rendered and expenses in the amount of $___n/a___ for a total of $___1,200___ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___344___ per month for ___38___ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Yvonne Esther Tolliver  
     Debtor

Case No. 16-27050-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 21, 2017  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.  
db         +Yvonne Esther Tolliver,   117 Center Street,    Freehold, NJ 07728-2430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:

            Adam Jason Friedman    on behalf of Creditor    SN Servicing Corporation  
             bankruptcy@friedmanvartolo.com  
            Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
            Albert    Russo    docs@russotrustee.com  
            Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, not in its  
            individual capacity but as Trustee of ARLP Securitization Trust Series 2015-1  
            dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
            Steven    Eisenberg    on behalf of Creditor    U.S. Bank National Association, as Trustee for  
            Stanwich Mortgage Loan Trust, Series 2012-3 bkecf@sterneisenberg.com,  
            jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com  
            Steven P. Kelly    on behalf of Creditor    U.S. Bank National Association, as Trustee for Stanwich  
            Mortgage Loan Trust, Series 2012-3 skelly@sterneisenberg.com,    bkecf@sterneisenberg.com  
            William H. Oliver, Jr.    on behalf of Debtor Yvonne Esther Tolliver bkwoliver@aol.com,  
            r59915@notify.bestcase.com  
            William M.E. Powers, III    on behalf of Creditor    Wilmington Trust, National Association, not in  
            its individual capacity but as Trustee of ARLP Securitization Trust Series 2015-1  
            ecf@powerskirn.com  
                                                                                                                                      TOTAL: 8