Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16−27050−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yvonne Esther Tolliver
   117 Center Street
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−3428

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/11/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 11, 2018
JAN: bwj

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Yvonne Esther Tolliver  
    Debtor

Case No. 16-27050-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Jan 11, 2018  
                      Form ID: 148      Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2018.

```
db            +Yvonne Esther Tolliver,    117 Center Street,    Freehold, NJ 07728-2430
aty           +Aldridge Pite, LLP,    4375 Jutland Drive,    Suite 200,    P.O. Box 17933,
                San Diego, CA 92177-7921
lm            +Fay Servicing,    901 South 2nd Street,    Suite 201,    Springfield, IL 62704-7909
cr            +SN Servicing Corporation,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
                New York, NY 10004-1734
lm            +Selene Financing,    9990 Richmond Ave.,    Suite 400,    South Houston, TX 77042-4546
cr            +U.S. Bank National Association, as Trustee for Sta,    Stern & Eisenberg,    1581 Main Street,
                Suite 200,    Warrington, PA 18976-3400
516376701     +A 1 Collection Servi,    2297 State Highway 33 St,    Hamilton Square, NJ 08690-1717
516376703     +Arriva Card,    3525 E. Post Road Ste 120,    Las Vegas, NV 89120-6282
516591848     +Bank of America N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516778812     +Borough of Freehold,    51 West Main Street,    Freehold, NJ 07728-2114
516785476     +Borough of Freehold,    c/o Kerry E. Higgins, Esquire,    229 Broad Street,
                Red Bank, NJ 07701-2009
516376707      Capital One N.A,    C/O American Infosource,    Oklahoma City, OK 73154
516376710      CentraState Healthcare System,    PO Box 838,    Mahwah, NJ 07430-0838
516376708     +Central Jersey Emerg. Med. Assoc,    P.O. Box 7200,    Freehold, NJ 07728-7200
516376709      Centrastate Family Mediciae Residency,    PO Box 417984,    Boston, MA 02241-7984
516376712     +Fay Servicing, LLC,    3000 Kellway Dr,    Ste 150,    Carrollton, TX 75006-3357
517036262     +Fay Servicing, LLC,    Bankruptcy Department,    3000 Kellway Dr., Ste 150,
                Carrollton, TX 75006-3357
517036263     +Fay Servicing, LLC,    Bankruptcy Department,    3000 Kellway Dr., Ste 150,
                Carrollton, TX 75006,    Fay Servicing, LLC,    Bankruptcy Department 75006-3357
516376713     +Foreclosure Processing Services,    Superior Court Clerk,    PO Box 971,    Trenton, NJ 08625-0971
516376714     +Freehold Borough,    51 West Main Street,    Freehold, NJ 07728-2114
516592904     +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                Parsippany NJ 07054-5020
516376721     +New Century Mortgage,    PO Box 15298,    Wilmington, DE 19850-5298
516376725      Pressler & Pressler,    7 Entin Rd.,    Parsippany, NJ 07054-5020
516376727    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of the Treasury,
                Division of Taxation,    P.O. Box 187,    Trenton, NJ 08695-0187)
516376726     +Selene Finance Lp,    9990 Richmond Ave Ste 40,    Houston, TX 77042-8500
516376729     +Triad Financial Group,    Po Box 562088 Suite 900,    Dallas, TX 75356-2088
516598114     +Wilmington Trust, National Association,    Fay Servicing, LLC,
                440 S. LaSalle Street, Suite 2000,    Chicago, IL 60605-5011
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2018 23:19:06     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2018 23:19:03      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516440112     +EDI: ATLASACQU.COM Jan 11 2018 22:53:00      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
516376706      EDI: CAPITALONE.COM Jan 11 2018 22:53:00      Capital One Bank Usa N,    15000 Capital One Dr,
                Richmond, VA 23238
516376704     +E-mail/Text: bankruptcy@cavps.com Jan 11 2018 23:19:24      Calvary,    P.O. Box 1030,
                Hawthorne, NY 10532-7509
516376705     +E-mail/Text: bankruptcy@cavps.com Jan 11 2018 23:19:24      Calvary Portfolio Service,
                Attention: Bankruptcy Department,    Po Box 1017,    Hawthorne, NY 10532-7504
516430386     +E-mail/Text: bankruptcy@cavps.com Jan 11 2018 23:19:24      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516376711     +EDI: CHASE.COM Jan 11 2018 22:53:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
516376715      EDI: IRS.COM Jan 11 2018 22:53:00      Internal Revenue Service,    Special Procedures,
                Bankruptcy Section,    P.O. Box 724,    Springfield, NJ 07081
516376717     +EDI: MID8.COM Jan 11 2018 22:53:00      Midland Credit Management,    Po Box 939019,
                San Diego, CA 92193-9019
516376718     +EDI: MID8.COM Jan 11 2018 22:53:00      Midland Funding LLC,    P.O. Box 603,
                Oaks, PA 19456-0603
516376719     +E-mail/PDF: bankruptcy@ncfsi.com Jan 11 2018 23:24:56      New Century Financial,
                110 S Jefferson Rd,    Whippany, NJ 07981-1038
516376720     +E-mail/PDF: bankruptcy@ncfsi.com Jan 11 2018 23:24:30      New Century Financial Services,
                110 S. Jefferson Road,    Suite 104,    Whippany, NJ 07981-1038
516376724      EDI: PRA.COM Jan 11 2018 22:53:00      Portfolio Recovery Associates,    P. O. Box 12914,
                Norfolk, VA 23541
516376722      E-mail/Text: bankruptcypgl@plaingreenloans.com Jan 11 2018 23:19:34     Plain Green,
                93 Mack Road Suite 600,    Box Elder, MT 59521
516376723     +EDI: PRA.COM Jan 11 2018 22:53:00      Porfolio Recovery,    PO Box 12914,
                Norfolk, VA 23541-0914
516376728      EDI: DRIV.COM Jan 11 2018 22:53:00      Triad Financial,    5201 Rufe Snow Dr Ste 40,
                North Richland Hills, TX 76180
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Jan 11, 2018
                              Form ID: 148             Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516701501       +E-mail/Text: bknotices@snsc.com Jan 11 2018 23:19:55     U.S. Bank National AssociatioN,
                 C/O SN Servicing Corp.,   323 5th Street,   Eureka, CA 95501-0305
516701502       +E-mail/Text: bknotices@snsc.com Jan 11 2018 23:19:55     U.S. Bank National AssociatioN,
                 C/O SN Servicing Corp.,   323 5th Street,   Eureka, CA 95501,    U.S. Bank National AssociatioN,
                 C/O SN Servicing Corp. 95501-0305
516557991       +E-mail/Text: bkteam@selenefinance.com Jan 11 2018 23:18:29
                 U.S. Bank National Association, et al.,   c/o Selene Finance LP,
                 9990 Richmond Avenue, Suite 400 South,   Houston, TX 77042-4546
516376730        EDI: WFFC.COM Jan 11 2018 22:53:00      Wells Fargo bank,   Po Box 5445,    Portland, OR 97228
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516376702      ##+ACB Receivable Mgmt.,    19 Main St.,   Asbury Park, NJ 07712-7012
516376716       ##Keystone Financial Services,   PO Box 730,   Allenwood, NJ 08720-0730
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2018 at the address(es) listed below:

```
              Adam Jason Friedman    on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Wilmington Trust, National Association, not in its
               individual capacity but as Trustee of ARLP Securitization Trust Series 2015-1
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Steven  Eisenberg    on behalf of Creditor   U.S. Bank National Association, as Trustee for
               Stanwich Mortgage Loan Trust, Series 2012-3 bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor   U.S. Bank National Association, as Trustee for Stanwich
               Mortgage Loan Trust, Series 2012-3 skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              William H. Oliver, Jr.    on behalf of Debtor Yvonne Esther Tolliver bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William M.E. Powers, III    on behalf of Creditor   Wilmington Trust, National Association, not in
               its individual capacity but as Trustee of ARLP Securitization Trust Series 2015-1
               ecf@powerskirn.com
                                                                                              TOTAL: 8
```